No. 95–8760. MOODY v. SECURITY PACIFIC FINANCIAL CORP. C. A. 11th Cir. Certiorari denied.

No. 95–8763. JABAAR v. KRUGER ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–8771. BRENNAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8772. ARAYA v. UNIVERSITY OF THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 95–8778. DEES v. BRADDOCK, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95–8779. HINKLE v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 95–8780. GRISMORE v. RYDER TRUCK RENTAL ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–8781. FICA v. CORRECTIONS CORPORATION OF AMERICA ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8783. GILL v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8784. PAGE v. RUNYON, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 95–8787. MACDONALD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–8789. JAYNES v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–8799. LINK v. DIRKS ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–8803. ST. LOUIS v. TEXAS WORKERS' COMPENSATION COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.